1

2

3

4

5

6

7

8                                    UNITED STATES DISTRICT COURT

9                             FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11      IN RE:  STEVEN WAYNE BONILLA                    No. 2:24-cv-02016-JAM-CSK

12                                                      No. 2:24-cv-02017-JAM-CSK

13

14

15

16                                                          **ORDER**

17

18

19            Plaintiff Steven Wayne Bonilla is a state prisoner proceeding without counsel in the

20      above-captioned civil actions.  On November 29, 2018, the Court declared Plaintiff a vexatious

21      litigant and ordered the Clerk of the Court not to file or assign a civil case number to any

22      proposed habeas corpus petition or civil action related to Plaintiff's criminal conviction in

23      Alameda County.  (See Bonilla v. Fresno County, Case No. 2: 18-cv-2544-TLN-KJN, ECF No.

24      13).  On June 14, 2023, the Court modified its vexatious litigant Order and directed the Clerk of

25      the Court to open a new case for each attempted new pleading and assign it to the Court for

26      review.  (Id. at ECF No. 26.)   If the Court determines the new filing is related to Plaintiff's

27      Alameda County criminal conviction, the case will be ordered dismissed and closed.  (Id.)

28            The Court has reviewed the complaints/petitions filed in the above-captioned cases and

finds they are related to Plaintiff's Alameda County criminal conviction.

Accordingly, IT IS HEREBY ORDERED that 2:24-cv-02016 and 2:24-cv-02017 are **DISMISSED**; the Clerk of the Court is **DIRECTED** to close these cases.  **No further filings will be accepted.**

Dated: August 19, 2024                              /s/ John A. Mendez
                                                    THE HONORABLE JOHN A. MENDEZ
                                                    SENIOR UNITED STATES DISTRICT JUDGE

2